IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and on Behalf of All Others Similarly Situated | : : : : | No. 2:05-cv-00819 (Consolidated) |
| Plaintiff | : : | CLASS ACTION |
| v. | : : | JUDGE SARGUS MAGISTRATE JUDGE KEMP |
| ABERCROMBIE & FITCH COMPANY, et al., | : : : | **Redacted Copy Filed Pursuant to** |
| Defendants. | : | **11-9-07 Protective Order (doc. no. 153)** |

## AFFIDAVIT OF ALBERT G. LIN IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

State of Ohio,

County of Franklin,    SS:

I, Albert G. Lin, after being duly cautioned and sworn, hereby state:

1.    I am one of the attorneys for Defendant Abercrombie & Fitch Co. ("A&F" or the "Company") in this case. I make this affidavit based upon personal knowledge and in support of the Company's motion to compel in the above-captioned action.

2.    A true and correct copy of *In re Nat'l City Mortgage Co.*, No. 07-0315, *slip copy* (6th Cir. Dec. 13, 2007), is attached hereto as Exhibit A.

3.    A true and correct copy of A&F's February 15, 2005 investor conference call transcript is attached hereto as Exhibit B.

4.    A true and correct copy of A&F's June 2, 2005 monthly sales report is attached hereto as Exhibit C.

1

5. A true and correct copy of A&F's July 7, 2005 monthly sales report is attached hereto as Exhibit D.

6. A true and correct copy of A&F's August 4, 2005 monthly sales report is attached hereto as Exhibit E.

7. A true and correct copy of the Class Certification Report in the matter of *Ross v. Abercrombie & Fitch Co.*, No. 2:05-CV-819 (S.D. Ohio) by Dr. Christopher Barry (June 23, 2008), is attached hereto as Exhibit F.

8. A true and correct copy of A&F's August 16, 2005 2Q05 earnings release is attached hereto as Ex. G.

9. A true and correct copy of A&F's August 16, 2005 conference call transcript is attached hereto as Exhibit H.

10. A true and correct copy of *In re Xclera.com Sec. Litig.*, No. 1:00-CV-11649 (D. Mass. Apr. 25, 2008) is attached hereto as Exhibit I.

_____
Albert G. Lin

SUBSCRIBED AND SWORN BEFORE ME THIS 22 DAY OF JUNE, 2008.

_____
Notary Public

BRIDGETT S. KLINGBEIL
Notary Public, State of Ohio
My Commission Expires
June 8, 2011

My commission expires on 6/8/2011

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I filed a sealed copy of the foregoing document with the Clerk of Courts pursuant to this Court's November 9, 2007 Protective Order, and served a sealed copy on the following signatories to that Protective Order via U.S. Mail.

Laura M. Andracchio
John Lowther
Coughlin Stoia Geller
Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-4297

Michael F. Ghozland
Coughlin Stoia Geller
Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210

*Lead Counsel for Lead Plaintiff*

Geoffrey J. Moul
Brian K. Murphy
Joseph F. Murray
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204

*Liason Counsel for Lead Plaintiff*

Tom Michaud
Vanoverbeke Michaud & Timmony, PC
79 Alfred Street
Detroit, MI 48201

*Additional Counsel for Lead Plaintiff*

Roger P. Sugarman
Kegler Brown Hill & Ritter
65 E. State Street, Suite 1800
Columbus, OH 43215-4294

Jay B. Kasner
Sharon Garb
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, NY 10036

*Counsel for Defendant Michael S. Jeffries*

Michael R. Szolosi
Mcnamara and McNamara LLP
88 East Broad Street, Suite 1250
Columbus, OH 43215

Stuart M. Gerson
Julianna S. Gonen
Epstein, Becker & Green PC
1227 25th Street NW, 27th Floor
Washington, DC 20037

*Counsel for Defendant Robert S. Singer*

I also filed a redacted version of the foregoing document using the CM/ECF system which will send email notification of such filing to all counsel of records.

_____
Albert G. Lin