UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated | ) ) ) | No. 2:05-cv-00819-EAS-TPK (**Consolidated**) |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| ABERCROMBIE & FITCH COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERT REPORT

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that City of Dearborn Heights Act of 345 Police & Fire Retirement System will, and hereby does, move this Court for an order striking the Class Certification Report of Dr. Christopher B. Barry in Support of Defendants' Memorandum in Opposition to Lead Plaintiff's Motion for Class Certification for reasons set forth in Plaintiff's Opposition to Defendants' Motion to Exclude Improper Evidence Pursuant to S.D. Ohio Civ. R. 7.2(d), for a Protective Order, and to Quash Subpoena and Document Request ("Memorandum").

This Motion is based upon the instant motion, the Memorandum, the pleadings and other files herein.

DATED: July 16, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
LAURA M. ANDRACCHIO
AMBER L. ECK
LAURIE L. LARGENT
MATTHEW I. ALPERT

s/ LAURA M. ANDRACCHIO
LAURA M. ANDRACCHIO

655 West Broadway, Suite 1900
San Diego, CA  92101-4297
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHAEL F. GHOZLAND
MICHELLE M. McCARRON
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

MURRAY MURPHY MOUL + BASIL LLP
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH  43204
Telephone:  614/488-0400
614/488-0401 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD
  & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Abercrombie 05\MOT00052665_STRIKE_BARRY.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2008.

                                          s/ LAURA M. ANDRACCHIO
                                            LAURA M. ANDRACCHIO

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: lauraa@csgrr.com

# Mailing Information for a Case 2:05-cv-00819-EAS-TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@csgrr.com

- **Laura M Andracchio**
  lauraa@csgrr.com

- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com

- **Alycia N Broz**
  anbroz@vorys.com

- **Sara E Collier**
  sec@federmanlaw.com

- **David Stewart Cupps**
  dscupps@vssp.com

- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com

- **Amber L Eck**
  ambere@csgrr.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **Matthew L Fornshell**
  mfornshell@szd.com

- **Sharon Garb**
  sgarb@skadden.com

- **Stuart Gerson**
  sgerson@ebglaw.com

- **Michael F Ghozland**
  mghozland@lerachlaw.com

- **Julianna Gonen**
  jgonen@ebglaw.com

- **Jay B Kasner**
  jkasner@skadden.com

- **Beth A Keller**
  bkeller@faruqilaw.com

- **Mark Mathew Kitrick**
  mkitrick@kitricklaw.com,deanna@kitricklaw.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **Laurie Largent**
  llargent@csgrr.com

- **Albert Grant Lin**
  aglin@vssp.com

- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com

- **Joseph Andrew Matteo**
  jmatteo@skadden.com

- **Michelle M McCarron**
  MMcCarron@csgrr.com

- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com

- **Ted Minahan**
  tedm@lerachlaw.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyates@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gianetti Investor Group
,
```