IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT ROSS, et al.,
    Plaintiffs

v.

ABERCROMBIE & FITCH
COMPANY, ET AL.,
    Defendants

Case No. 2:05-cv-00819
(Lead Case)

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The Court hereby **ORDERS** that the Opinion and Order filed on May 21, 2009 (the "Opinion") (Document 329) is hereby **AMENDED** as follows. On page 20 of the Opinion, the paragraph immediately preceding the header "(a)(1) Alleged Contradictions," is hereby deleted and replaced with the following paragraph:

> Defendants contend that Plaintiff does not meet this requirement due to Defendants' potential unique defenses against Plaintiff's claims, including (1) alleged contradictions between the allegations and the circumstances of Plaintiff's stock purchases and (2) Plaintiff's alleged lack of "purchaser standing." (Defs.' Mem. Opp'n 15–24, 31–34.)

**IT IS SO ORDERED.**

7-8-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE