UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH COMPANY, et al.,<br><br>Defendants. | No. 2:05-cv-00819-EAS-TPK<br>(**Consolidated**)<br><br><u>CLASS ACTION</u><br><br>JUDGE EDMUND SARGUS, JR.<br>MAGISTRATE JUDGE TERENCE KEMP |

JOINT MOTION TO VACATE ALL DATES PENDING APPROVAL OF SETTLEMENT

The parties to this action jointly move and request that all dates set in this matter be vacated in order for this Court to consider approval of the recent settlement reached by the parties which, if approved, will result in the resolution of all claims arising from the Amended Complaint.

On May 24, 2010, the parties agreed in principle to settle the case pending final Court approval. The parties intend to submit for Court approval a motion for preliminary approval of the settlement within the next 30 days, and subsequent to such approval, will seek dates with respect to class notice, objections, and final Court hearing on the proposed settlement. Accordingly, the parties request that all dates set in this case be vacated pending proceedings with respect to the proposed settlement.

DATED: June 1, 2010

ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY
LAURIE L. LARGENT
MICHAEL F. GHOZLAND
MATTHEW I. ALPERT

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA 92101-4297
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

MURRAY MURPHY MOUL + BASIL LLP
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

DATED: June 1, 2010

EPSTEIN BECKER & GREEN, P.C.
STUART M. GERSON

s/ STUART M. GERSON

STUART M. GERSON

1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
202/861-0900
202/296-2882 (Fax)

McNAMARA AND McNAMARA
88 East Broad Street, Suite 1250
Columbus, OH 43215
614/228-6131
614/228-6126 (Fax)

Counsel for Defendant Robert S. Singer

DATED: June 1, 2010

VORYS, SATER, SEYMOUR AND
PEASE LLP
PHILIP A. BROWN
JOHN J. KULEWICZ
P.O. Box 1008
52 East Gay Street
Columbus, OH 43216-1008
614/464-1008
614/719-4829 (Fax)

Counsel for Defendants Abercrombie & Fitch Co., Diane Chang, David L. Leino, and Leslie K. Herro

DATED: June 1, 2010

SKADDEN, ARPS, SLATE MEAGHER
& FLOM LLP
JAY B. KASNER
SHARON GARB
Four Times Square
New York, NY 10036
212/735-3000
212/735-2000 (Fax)

KEGLER BROWN HILL & RITTER
ROGER P. SUGARMAN
65 E. State Street, Suite 1800
Columbus, OH 43215-4294
614/462-5400
614/464-2634 (Fax)

Counsel for Defendant Michael S. Jeffries

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2010.

s/ LAURIE L. LARGENT

LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: LLargent@rgrdlaw.com

# Mailing Information for a Case 2:05-cv-00819-EAS -TPK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,sarahm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Laura M Andracchio**
  lauraa@csgrr.com
- **Anne L Box**
  anneb@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Philip Albert Brown**
  pabrown@vssp.com,kyates@vssp.com,csbrandt@vssp.com
- **Alycia N Broz**
  anbroz@vorys.com
- **Rachel E Caplan**
  rcaplan@ebglaw.com
- **Sara E Collier**
  sec@federmanlaw.com
- **David Stewart Cupps**
  dscupps@vssp.com
- **Dana E Deering**
  ddeering@pdfslaw.com,sscalf@pdfslaw.com
- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com
- **Matthew L Fornshell**
  mfornshell@szd.com
- **Sharon Garb**
  sgarb@skadden.com
- **Stuart Gerson**
  sgerson@ebglaw.com
- **Michael F Ghozland**
  mghozland@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Rodney Alan Holaday**

raholaday@vssp.com,matobias@vorys.com,slmay@vssp.com

- **Jay B Kasner**
  jkasner@skadden.com
- **Beth A Keller**
  bkeller@faruqilaw.com
- **Mark Mathew Kitrick**
  mkitrick@kitricklaw.com,deanna@kitricklaw.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **Laurie Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Arthur C Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Albert Grant Lin**
  aglin@vssp.com
- **Katherine G Manghillis**
  kmanghillis@szd.com,prichardson@szd.com,bspencer@szd.com
- **Joseph Andrew Matteo**
  jmatteo@skadden.com
- **Michelle M McCarron**
  MMcCarron@csgrr.com
- **John Cooper McDonald**
  jmcdonald@szd.com,vseckel@szd.com,jdingess@szd.com
- **Ted Minahan**
  tedm@lerachlaw.com
- **Jamie R. Mogil**
  jmogil@faruqilaw.com
- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,osborn@mmmb.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **William J Pohlman**
  wjpohlman@vssp.com,kyconley@vorys.com,dmstash@vorys.com,csbrandt@vorys.com

- **Jennifer F Sherrill**
  jfs@federmanlaw.com

- **Roger Philip Sugarman**
  rsugarman@keglerbrown.com

- **Michael Roy Szolosi , Sr**
  mrs@mcnamaralaw.us

- **Robert Neal Webner**
  RNWebner@vssp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Gianetti Investor Group**
,