No. 09-4028

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

ROBERT ROSS, Individually and on Behalf of all Others Similarly Situated,

    Plaintiff,

THE CITY OF DEARBORN HEIGHTS ACT OF 345 POLICE AND FIRE RETIREMENT SYSTEM,

    Respondent-Appellee,

v.

ABERCROMBIE & FITCH CO., DIANE CHANG, DAVID L. LEINO, LESLEE K. HERRO, MICHAEL S. JEFFRIES, ROBERT S. SINGER,

    Petitioners-Appellants.

AMENDED ORDER

_____/

Before:    MARTIN and GRIFFIN, Circuit Judges; and DUGGAN*, District Judge.

Having been advised that a settlement has been reached in the district court, this appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

*The Honorable Patrick J. Duggan, United States District Judge for the Eastern District of Michigan, sitting by designation.

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 08, 2010

Mr. Matthew Isaac Alpert

Mr. Philip A. Brown

Ms. Alycia N. Broz

Mr. Stuart Michael Gerson

Mr. Jay B. Kasner

Mr. Roger P. Sugarman

Mr. Sanford Svetcov

Mr. Michael Roy Szolosi Sr.

Re: Case No. 09-4028 , *Robert Ross, et al v. Abercrombie & Fitch Co.*
Originating Case No. : 05-00819

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Benjamin P. Alexander
Case Manager
Direct Dial No. 513-564-7021
Fax No. 513-564-7098

cc: Mr. James Bonini

Enclosure