**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ABERCOMBIE & FITCH CO. DERIVATIVE LITIGATION | ) | Case No. 2:05-CV-00819 |
| This Document Relates To: | ) | Judge Sargus |
| ALL DERIVATIVE ACTIONS | ) | Magistrate Judge Kemp |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiffs The Booth Family Trust and Alfred Freed, by and through their attorneys, hereby move this Court for final approval of settlement. This motion is based upon the accompanying memorandum of law, the Declaration of Beth A. Keller in Support of Plaintiffs' Motions for Final Approval of Settlement and For an Award of Attorneys' Fees and Reimbursement of Expenses and accompanying exhibits, and oral argument as the Court may consider in deciding this motion.

Dated: November 14, 2011

FARUQI & FARUQI, LLP

By: */s/ Beth A. Keller*
Nadeem Faruqi
Beth A. Keller
Jamie R. Mogil
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331

FEDERMAN & SHERWOOD
William B. Federman
Jennifer F. Sherrill
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: 405-235-1560
Fax: 405-239-2112

*Co-Lead Counsel for Derivative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants who are currently on the list to receive email notices for this case.

I hereby certify that on November 14, 2011, I also served the attached document by U.S. mail, with postage fully pre-paid, to the following who are not registered participants of the ECF System: **None**.

*/s/ Beth A. Keller*
Beth A. Keller