UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH COMPANY, et al.,<br><br>Defendants. | No. 2:05-cv-00819-EAS-TPK<br>(**Consolidated**)<br><br><u>CLASS ACTION</u><br><br>JUDGE EDMUND SARGUS, JR.<br>MAGISTRATE JUDGE TERENCE KEMP |

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION REQUESTING AUTHORIZATION TO DONATE RESIDUAL SETTLEMENT FUNDS TO LEGAL AID SOCIETY OF SOUTHWEST OHIO, LLC

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff, by and through its undersigned attorneys, hereby moves this Court, at the United States District Court for the Southern District of Ohio, Eastern Division, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215, for an order authorizing the donation of the funds remaining in the Net Settlement Fund in the amount of $10,487.40, plus any interest earned thereon, to the Legal Aid Society of Southwest Ohio, LLC, a 501(c)(3) non-profit organization. Lead Plaintiff's motion is based on the accompanying Declaration of Jen Veitengruber of The Garden City Group, Inc., the Declaration of Laurie L. Largent on behalf of Lead Plaintiff and the Class, and upon all other pleadings and matters herein.

DATED: July 23, 2014

Respectfully submitted,

s/ Brian K. Murphy

Brian K. Murphy

MURRAY MURPHY MOUL + BASIL LLP
GEOFFREY J. MOUL (0070663)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY
LAURIE L. LARGENT
MATTHEW I. ALPERT
655 West Broadway, Suite 1900
San Diego, CA 92101-4297
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants who are currently on the list to receive email notices for this case.

**s/Brian K. Murphy**
Brian K. Murphy